UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lorenso Gonzales Baker**            **Docket No. 4:08-CR-80-1F**

**Petition for Action on Supervised Release**

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lorenso Gonzales Baker, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession With the Intent to Distribute More Than 5 Kilograms of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 4, 2010, to the custody of the Bureau of Prisons for a term of 81 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Lorenso Gonzales Baker was released from custody on September 13, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 20, 2016, the defendant tested positive for cocaine, which was confirmed through laboratory analysis on April 26, 2016. During a home inspection on April 27, 2016, Baker admitted to using powder cocaine on April 17, 2016, and he signed an admission of drug use form. As a sanction for this violation, we are recommending that he adhere to a curfew with electronic monitoring for a period of 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions, and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2338<br>Executed On: April 28, 2016 |

Lorenso Gonzales Baker
Docket No. 4:08-CR-80-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 29th day of April, 2016 and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge